UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDIPKUMAR PATEL,

   Plaintiff,

v.

TRINITY HEALTH CORPORATION,

   Defendant.

Case No. 20-10517
Honorable Laurie J. Michelson

## JUDGMENT

In accordance with the opinion and order entered today, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

Dated this 20th day of October 2021 in Detroit, Michigan.

                              KINIKIA ESSIX
                              CLERK OF THE COURT

                          By:   s/Erica Parkin
                                  DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: October 20, 2021